# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CLARENCE ANDERSON**                                                                            **PLAINTIFF**
**ADC# 165441**

v.                                              No: 3:19-cv-00296 JM-PSH

**BOWERS,** *et al.*                                                                       **DEFENDANTS**

## ORDER

Plaintiff Clarence Anderson filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on October 30, 2019, while incarcerated at the Craighead County Detention Facility (Doc. No. 2). The Court denied Anderson's motion to proceed *in forma pauperis* because it did not contain the required certificate and jail account information. *See* Doc. No. 3. Anderson subsequently filed those items (Doc. No. 5). Accordingly, the Court reconsiders its prior order and now grants Anderson's motion to proceed *in forma pauperis*. The Court does not assess an initial partial filing fee. Anderson will be obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to his prison trust account each time the amount in the account exceeds $10.00. Anderson's custodian is requested to send the Clerk of the Court monthly payments from his prison trust account when the amount exceeds $10.00, until the $350 statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2). The payments also must be clearly identified by the name and number assigned to this action. The Clerk of Court is directed to send a copy of this order to the Craighead County Sheriff.

Before docketing the complaint, or as soon thereafter as practicable, the Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief

against a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915A.  Anderson does not describe how each defendant was personally involved in the constitutional violations he alleges or how he was injured as a result of those violations.  Accordingly, Anderson must file an amended complaint no later than 30 days after this order's entry date.  The amended complaint should describe each defendant's involvement in the alleged constitutional violations and how Anderson has been injured as a result.  Anderson is cautioned that an amended complaint renders his original complaint without legal effect; only claims properly set out in the amended complaint will be allowed to proceed.  In the event Anderson fails to file an amended complaint conforming to this order within thirty days, this case may be dismissed.  The Clerk of Court is directed to send Anderson a blank § 1983 form.

IT IS SO ORDERED this 15rh day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE