# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CLARENCE ANDERSON**                                                 **PLAINTIFF**
**ADC# 165441**

v.                 No: 3:19-cv-00296 JM-PSH

**BOWERS,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 10th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE